# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO UNITE-HERE PENSION FUND,<br>Petitioner,<br>vs.<br>SILVIA QUINTERO,<br>Respondent. | CASE NO. 07CV2261 JLS (JMA)<br><br>ORDER SETTING HEARING AND RELATED DATES |

Presently before the Court is San Diego Unite-Here Pension Fund's petition to vacate an arbitration award. (Doc. No. 1.) Pursuant to 9 U.S.C. § 12, the Court treats this petition to vacate as a motion. See W. Employers Ins. Co. v. Jefferies & Co., Inc., 958 F.2d 258, 260-61 (9th Cir. 1992) (petition to vacate properly construed as motion where filing is timely and otherwise compliant with Federal Rule of Civil Procedure 7(b)). Good cause appearing, the Court hereby SETS the following dates:

1. Respondent shall file an opposition by Friday, February 1, 2008.
2. Petitioner shall file a reply memorandum by Tuesday, February 19, 2008.

//

//

//

//

3. The Court shall hear oral argument on the motion/petition on Friday, May 30, 2008 at 10:30 a.m. in Courtroom 6, unless the Court first informs the parties that the Court has taken the matter under submission.

IT IS SO ORDERED.

DATED: December 21, 2007

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge