AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

San Diego Unite-Here Pension Fund

**V.**

Silvia Quintero, Charles Yip

## JUDGMENT IN A CIVIL CASE

**CASE NUMBER:** 07cv2261 JLS (JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court enforces the arbitration award and denies the petitions to vacate.

August 6, 2008
Date

W. Samuel Hamrick, Jr.
Clerk

s/M. Zvers
(By) Deputy Clerk

ENTERED ON August 6, 2008